

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 21 2018

JAMES N. HATTEN, Clerk
By: J. Brannan
Deputy Clerk

# UNITED STATES DISTRICT COURT

## UNITED STATES DISTRICT JUDGE

### RICHARD W. STORY, JURIS DOCTORATE DEGREE

SALINAS ACOSTA WEAVER,　　　　　　* CASE NO. **1 18-CV-3031**

Plaintiff,　　　　　　　　　　　　　　　*

　　　　　　　　　　　　　　　　　　　*

v.　　　　　　　　　　　　　　　　　　*

　　　　　　　　　　　　　　　　　　　*

HENRY W. GRADY MEMORIAL　　　　*

HOSPITAL, FRANK SCHMIDT, M.D.,　　*

and ALBERT, M.D.,　　　　　　　　　　*

80 Butler Street SE (Premeditated) et　*

al.,　　　　　　　　　　　　　　　　　*

Defendant.　　　　　　　　　　　　　*

---

## CRIMINAL COMPLAINT: HEART FAILURE and ONSET DEATH

1.　　　Frank Schmidt, M.D. attended, accompanied and allowed cardiovascular surgeons to transplant an ICD 10-CM R.002 inside my heart's muscle.  The Dept. of Echocardiography at EMORY CRAWFORD W. LONG HOSPITAL alerted **me** on 12/29/2016 to file a medical complaint with U.S. HHS, FDA.

2.　　　I filed in U.S. DISTRICT COURT, Civil Action 2011-cv-_____ SALINAS ACOSTA WEAVER v. HENRY W. GRADY MEMORIAL HOSPITAL.  But the hospital *refused* a any reasonable accommodations or the contact 911.

**1**



**ICD-9-CM** ICD-10

**MeSH**

**OPS-301 code**

3.      Frank Schmidt, M.D. removed **me** from the ground floor of the
Emergency Room upstairs to the transplant /cardiovascular surgeons to **dissect** my
Heart's Muscle and Heart's functioning.   **After** the surgery my heart failed and it
continues to fail daily.


4.      On April 24, 2016 the U.S OFFICE OF CIVIL RIGHTS and U.S. HEALTH
AND HUMAN SERVICE and CENTER OF MEDICARE AND MEDICAID SERVICES
discovered the ICD 10-CM R.002 using 2D echo with Doppler and color flow Doppler w/
99 images on DVD.   Phlebotomist took labs testing my blood for  myocardial infarction.
The labs found types of Troponin I, Troponin T, and Troponin C proteins i.e., heart
muscle cell death.  These examinations were all performed by Emory Healthcare
professionals.


5.      42 U.S.C. § 192 (2014)

§192. Chief of bureau; investigations and reports

The Children's Bureau shall be under the direction of a chief, to be appointed by
the President, by and with the advice and consent of the Senate. The said bureau shall
investigate and report to the Secretary of Health and Human Services, upon all matters
pertaining to the welfare of children and child life among all classes of our people, and

**2**

shall especially investigate the questions of infant mortality, the birth rate, orphanage, juvenile courts, desertion, dangerous occupations, accidents and diseases of children, employment, legislation affecting children in the several States and Territories. But no official, or agent, or representative of said bureau shall, over the objection of the head of the family, enter any house used exclusively as a family residence. The chief of said bureau may from time to time publish the results of these investigations in such manner and to such extent as may be prescribed by the Secretary.

(Apr. 9, 1912, ch. 73, §2, 37 Stat. 79; Mar. 4, 1913, ch. 141, §§3, 6, 37 Stat. 737, 738; 1946 Reorg. Plan No. 2, §1, eff. July 16, 1946, 11 F.R. 7873, 60 Stat. 1095; 1953 Reorg. Plan No. 1, §§5, 8, eff. Apr. 11, 1953, 18 F.R. 2053, 67 Stat. 631; Pub. L. 96–88, title V, §509(b), Oct. 17, 1979, 93 Stat. 695.)

### CODIFICATION

In the first sentence of this section, provisions which specified an annual compensation of $5,000 for the chief of the Children's Bureau have been omitted superseded. Following enactment of the Classification Act of 1923, the compensation was fixed in accordance with that Act. See act Feb. 27, 1925, title IV, 43 Stat. 1050. Sections 1202 and 1204 of the Classification Act of 1949, 63 Stat. 972, 973, repealed the Classification Act of 1923 and all other laws or parts of laws inconsistent with the 1949 Act. The Classification Act of 1949 was repealed by Pub. L. 89–554, Sept. 6, 1966, §8(a), 80 Stat. 632, and reenacted as chapter 51 and subchapter III of chapter 53 of Title 5, Government Organization and Employees. Section 5102 of Title 5 now contains the applicability provisions of the 1949 Act, and section 5103 of Title 5 authorizes the Office of Personnel Management to determine the applicability to specific positions and employees.

Section was formerly classified to section 18a of Title 29, Labor.

### TRANSFER OF FUNCTIONS

Functions of Federal Security Administrator transferred to Secretary of Health, Education, and Welfare and all agencies of Federal Security Agency transferred to

Department of Health, Education, and Welfare by section 5 of Reorg. Plan No. 1 of 1953, set out as a note under section 3501 of this title. Federal Security Agency and office of Administrator abolished by section 8 of Reorg. Plan No. 1 of 1953. Secretary and Department of Health, Education, and Welfare redesignated Secretary and Department of Health and Human Services by section 509(b) of Pub. L. 96–88 which is classified to section 3508(b) of Title 20, Education.

"Federal Security Administrator" substituted for "said department" and for "Secretary of Labor" pursuant to Reorg. Plan No. 2 of 1946. See note set out under section 191 of this title.

"Secretary of Labor" substituted for "Secretary of Commerce and Labor" pursuant to act Mar. 4, 1913. See note set out under section 191 of this title.

**Exhibit Echocardiology Image**



**Exhibit A**

**EMORY**
HEALTHCARE

EMORY CRAWFORD LONG HOSPITAL
550 Peachtree Street, NE
Atlanta, GA 30308-2225

| Patient: | SMITH, SALINS FALUN | Admit Date: | 4/24/2016 |
| MRN: | CLH_001754198 | Discharge Date: | 4/24/2016 |
| DOB: | 4/29/1976 | Encounter #: | 17179676115 |

---

### ED Physician Report

| | | |
|---|---|---|
| | Red Cell Distribution Width-CV | 13.2 % |
| | Red Cell Distribution Width-SD | 43.7 fL |
| | Platelet Count | 208 10E3/mcL |
| | Mean Platelet Volume | 9.9 fL |
| 4/24/2016 02:04 | Troponin POCT | <0.019 ng/mL |

, Interpretation Abnormal results  mild renal insuff/hypokalemia and hypocalcemia, The Emergency physician has reviewed and interpreted the labs..

Radiology results: Reviewed radiologist's report, Radiologist's interpretation: : All Radiology Results

**4/24/2016 01:51      XR Chest 2 Views PA + Lateral      REPORT** , XR CHEST
Exam:  XR Chest 2 Views PA + Lateral

CLINICAL INDICATION:   Chest pain.
COMPARISON:   July 21, 2015.

FINDINGS:
SUPPORT DEVICES:  None.
LUNGS/PLEURA:  No pulmonary edema or focal consolidation.  No pleural effusion
or pneumothorax.
HEART AND MEDIASTINUM:  The cardiac contour and mediastinum appear normal.
BONES AND SOFT TISSUES:  No acute abnormality.

IMPRESSION: No acute cardiothoracic abnormality.

These images were reviewed and interpreted by Dr. Matthew Edward Zygmont.

**Signature Line**
*** Final ***

Electronically Signed By:  Zygmont, Matthew Edward
on  04/24/2016 02:01

Dictated by:  Trahan, Mark P

**Confidentiality Statement**    This information is subject to all state and federal laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

| | |
|---|---|
| Chart Request ID: | 110590666 |
| Print Time: | 10/4/2017 13:52 EDT |

## Exhibit B

**Emory Healthcare-Confidential Document**
This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

Echo Report                                                          SMITH, SALINAS FALUN - CLH_001754198
* Final Report *

| | |
|---|---|
| Document Type: | Echo Report |
| Document Date: | April 24, 2016 07:53 |
| Document Status: | Auth (Verified) |
| Document Title: | ECHO CARD |
| Performed By: | Baer, Jefferson T on April 24, 2016 10:51 |
| Verified By: | Baer, Jefferson T on April 24, 2016 10:51 |
| Encounter info: | 17179676115, ECLH, Observation, 4/24/2016 - 4/24/2016 |

## * Final Report *

### ECHO CARD

```
Emory University Hospital Midtown
Department of Echocardiography
Director: John Merlino, M.D.
Phone: 404-686-2510
 Fax: 404-686-4920
ADULT TRANSTHORACIC ECHOCARDIOGRAM REPORT

Patient Name:   SALINAS ACOSTA WEAVER   Date/Time:      4/24/2016 -- 7:53:37 AM
EMPI #:         6871401                 Date of Birth: 4/29/1976
Accession #:    4595237293              Patient Age:   39 years
Location:       euhm                    Patient Sex:   M
Room #:         CDU                     Height:        69.7 in 177 cm
Blood Pressure: 120 / 67 mmHg           Weight:        143.3 lb 65.0 kg
                                        BSA:           1.81 m²

Sonographer:       Angela K Schrumpf
Referring Physician: 47115 LISA RAPHAELA MACK
Diagnosing Physician: 060699 Jefferson Baer M.D.

Indications:    - near syncope; left ventricular hypertrophy
Study Details: Complete 2D echo with spectral Doppler and color flow Doppler
               This is a technically adequate examination with somewhat limited
               views.
-----------------------------------------------------------------------------
FINAL ECHOCARDIOGRAPHIC FINDINGS:
SUMMARY/CONCLUSIONS:
 1. Left ventricular ejection fraction is 55-60%.
 2. Trace mitral valve regurgitation.
LEFT VENTRICLE: The left ventricular size is normal measuring 4.2 cm. LV ejection fraction
is normal at 64.5 % by Simpson's biplane method of discs. LV ejection fraction is 55-60%.
Diastolic function is normal.
LEFT ATRIUM: Left atrial cavity size is normal.
RIGHT VENTRICLE: Normal right ventricular size and wall thickness. Global right
```

| | | | |
|---|---|---|---|
| Printed by: | SPEARMAN, RODNEY | | Page 1 of 3 |
| Printed on: | 11/30/2017 08:16 | | (Continued) |

**Emory Healthcare-Confidential Document**
This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

Echo Report                                                         SMITH, SALINAS FALUN - CLH_001754198
* Final Report *

ventricular systolic function is normal.
RIGHT ATRIUM: The right atrium is normal in size.
MITRAL VALVE: The mitral valve structure is normal. A trace amount of mitral valve
regurgitation is seen by color flow Doppler. No evidence of mitral valve stenosis.
AORTIC VALVE: The aortic valve is tricuspid. No aortic valve insufficiency. No degree of
aortic stenosis is present.
TRICUSPID VALVE: The tricuspid valve is normal in structure with normal leaflet excursion.
Trace tricuspid regurgitation is detected. The tricuspid regurgitant velocity is 2.07 m/s,
and with an assumed right atrial pressure of 10 mmHg, the estimated right ventricular
systolic pressure is normal at 25.2 mmHg.
PULMONIC VALVE: The pulmonic valve is structurally normal, with normal leaflet excursion
and no pulmonic stenosis. There is trace pulmonic valve insufficiency.
AORTA: The aortic root size at the level of the Sinuses of Valsalva is normal.
IVC/HEPATIC VEINS: The inferior vena cava is normal.
PERICARDIUM: No pericardial effusion seen.

QUANTITATIVE DATA SUMMARY:

| 2D Measurements: | | Range Female | Range Male |
|---|---|---|---|
| LVIDd: | 4.2 cm | 3.8-5.2 cm | 4.2-5.8 cm |
| LVIDs: | 2.90 cm | 2.2-3.5 cm | 2.5-4.0 cm |
| IVSd: | 0.8 cm | 0.6-0.9 cm | 0.6-1.0 cm |
| LVPWd: | 0.9 cm | 0.6-0.9 cm | 0.6-1.0 cm |
| LVEF: | 64.5 | 54-74% | 52-72% |
| Ao Root: | 2.6 cm | 2.1-2.5 cm | 2.3-2.9 cm |

LA Volume:                       Range Female Range Male
LA Vol Mod A2C:  35.0 ml
LA Vol Mod A4C:  32.0 ml
LA Vol Area A2C: 14.00 cm$^2$
LA Vol Area A4C: 13.80 cm$^2$
LA Vol BP index: 19.4 ml/m$^2$  16-34 ml/m2  16-34ml/m2
Aorta Measurements:
Ascend:          2.6 cm

LV Systolic Function by Simpson's 2D Planimetry (MOD):
EF-A4C View:                                              56.9 %
EF-A2C View:                                              70.5 %
EF-Biplane:                                               64.5 %

LV Diastolic Function:
MV Peak E:            1.03 m/s
MV Peak A:            0.55 m/s
MV E/A Ratio:        1.88
MV A Dur:            116 msec

Mitral Valve:
MV Pressure Half-Time: 37.70 msec
MV Area, P1/2T:        5.84 cm$^2$

Aortic Valve:
AoV Max Vel:         1.4 m/s
AoV Peak PG:         8.0 mmHg
AoV Mean PG:         4.0 mmHg

Printed by:   SPEARMAN, RODNEY                                      Page 2 of 3
Printed on:   11/30/2017 08:16                                      (Continued)

**8**

**Emory Healthcare-Confidential Document**
This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

Echo Report                                                    SMITH, SALINAS FALUN - CLH_001754198
* Final Report *

```
AoV VTI:                    27.8 cm
LVOT Max Vel:               0.96 m/s
LVOT VTI:                   20.4 cm
LVOT Diameter:             1.90 cm
AoV Area,Vmax:             1.94 cm²
AoV Area, VTI:             2.1 cm²
AoV Area,Vmn:              1.8 cm²
AoV area index, Vmax:  1.07
AoV area index, Vmn:   0.97
AoV area index, VTI:   1.15

Tricuspid valve/RV Systolic Pressure:
Peak TR Velocity:                      2.1 m/s
RAP:                                   10 mmHg
RV Syst Pressure:                      25.2 mmHg

Pulmonic Valve:
PV Max Vel:     0.8 m/s
PV Max PG:      2.6 mmHg
PV Mean PG:     1.0 mmHg
PV Accel Time:  123 msec
```

Report electronically signed by 060699 Jefferson Baer M.D.
Signature Date: 4/24/2016
Signature Time: 10:51:56 AM

*** Final ***





5.   **I,** *SMITH, Mr. Salinas F.* mailed a completed FDA *form* 3500 to the U.S. Health and Human Services on 12/27/2017.

### Exhibit C FORM FDA 3500



## ADVICE ABOUT VOLUNTARY REPORTING
Detailed instructions available at: http://www.fda.gov/medwatch/report/consumer/instruct.htm

**Report adverse events, product problems or product use errors with:**
- Medications (drugs or biologics)
- Medical devices (including in-vitro diagnostics)
- Combination products (medication & medical devices)
- Human cells, tissues, and cellular and tissue-based products
- Special nutritional products (dietary supplements, medical foods, infant formulas)
- Cosmetics
- Food (including beverages and ingredients added to foods)

**Report product problems - quality, performance or safety concerns such as:**
- Suspected counterfeit product
- Suspected contamination
- Questionable stability
- Defective components
- Poor packaging or labeling
- Therapeutic failures (product didn't work)

**Report SERIOUS adverse events. An event is serious when the patient outcome is:**
- Death
- Life-threatening
- Hospitalization - initial or prolonged
- Disability or permanent damage
- Congenital anomaly/birth defect
- Required intervention to prevent permanent impairment or damage (devices)
- Other serious (important medical events)

**Report even if:**
- You're not certain the product caused the event
- You don't have all the details

**How to report:**
- Just fill in the sections that apply to your report
- Use section D for all products except medical devices
- Attach additional pages if needed
- Use a separate form for each patient
- Report either to FDA or the manufacturer (or both)

**Other methods of reporting:**
- 1-800-FDA-0178 - To FAX report
- 1-800-FDA-1088 - To report by phone
- www.fda.gov/medwatch/report.htm - To report online

**If your report involves a serious adverse event with a device** and it occurred in a facility outside a doctor's office, that facility may be legally required to report to FDA and/or the manufacturer. Please notify the person in that facility who would handle such reporting.

**If your report involves a serious adverse event with a vaccine,** call 1-800-822-7967 to report.

**Confidentiality:** The patient's identity is held in strict confidence by FDA and protected to the fullest extent of the law. The reporter's identity, including the identity of a self-reporter, may be shared with the manufacturer unless requested otherwise.

The information in this box applies only to requirements of the Paperwork Reduction Act of 1995

The burden time for this collection of information has been estimated to average 36 minutes per response, including the time to review instructions, search existing data sources, gather and maintain the data needed, and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

| Department of Health and Human Services<br>Food and Drug Administration<br>Office of Chief Information Officer<br>Paperwork Reduction Act (PRA) Staff<br>PRAStaff@fda.hhs.gov | Please DO NOT<br>RETURN this form<br>to the PRA Staff e-mail<br>to the left. | OMB statement:<br>"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number." |

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Food and Drug Administration

FORM FDA 3500 (10/15) (Back)          Please Use Address Provided Below -- Fold in Thirds, Tape and Mail

**DEPARTMENT OF**
**HEALTH & HUMAN SERVICES**

Public Health Service
Food and Drug Administration
Rockville, MD 20857

Official Business
Penalty for Private Use $300

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES OR APO/FPO

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 946 ROCKVILLE MD

POSTAGE WILL BE PAID BY FOOD AND DRUG ADMINISTRATION

**MEDWATCH**
The FDA Safety Information and Adverse Event Reporting Program
Food and Drug Administration
5600 Fishers Lane
Rockville, MD 20852-9787



Reset Form

U.S. Department of Health and Human Services

**MEDWATCH**
The FDA Safety Information and
Adverse Event Reporting Program
FORM FDA 3500 (10/15) (continued)

(CONTINUATION PAGE)
**For VOLUNTARY reporting of**
**adverse events and product problems**

Page 3 of 3

B.5 Describe Event or Problem (continued)
DEATH BY DAILY CARDIAC FAILURE
ORGAN HARVEST, PATIENT WAS USED
Reporter: JENOVAH GOD
Researchers Reported: FALUN GONG RESEARCH AND INVESTIGATION, CHINA GOVERNMENT

B.6. Relevant Tests/Laboratory Data, Including Dates (continued)
TROPONIN LABORATORY
STUDY DETAILS: COMPLETE 2D ECHO WITH SPECTRAL DOPPLER AND COLOR FLOW DOPPLER
LEFT VENTRICULAR EJECTION FRACTION IS 55-60% VISIBLE, GREEN IN COLOR
X-RAY (URANIUM POWER SOURCE 99% VISIBLE, YELLOW IN COLOR)

B.7. Other Relevant History, Including Preexisting Medical Conditions (e.g., allergies, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.) (continued)

F. Concomitant Medical Products and Therapy Dates (Exclude treatment of event) (continued)

14

6.     As a result of the cardiovascular surgeons physical-child abuse my credit
was destroyed because of $100,000 or more unpaid hospital bills from HUGHES
SPALDING CHILDREN'S HOSPITAL.

**EXHIBIT D**

Hospitalization Date: January 24, 1993 - April 11,1993

Children's Healthcare of Atlanta, Incorporated

Tax ID: 58-2367819

Headquarters: Atlanta, GA

CEO: Donna W. Hyland (June 2008–)

Tax deductibility code: 501(c)(3)

Founded: 1998

Subsidiaries: Emory + Children's Pediatric Research Center, MORE

**15**

**EXHIBIT F**



**EMORY**
**HEALTHCARE**

Office of Quality & Risk
101 W. Ponce de Leon, Suite 242
Decatur, GA 30030
claims.history@emoryhealthcare.org

**EMORY RESIDENTS**

**PROFESSIONAL & GENERAL LIABILITY INSURANCE**

| | |
|---|---|
| **Insurance Company:** | Clifton Casualty Insurance Company, Ltd. |
| **Policy No.:** | 1-00001-HE-2017 |
| **Limits:** | Professional Liability:   $4,000,000 per claim |
| | General Liability:   $1,000,000 per claim |
| **Type:** | Claims-Made Policy |
| **Policy Period:** | September 1, 2017 to September 1, 2018 |

**Descriptions:** Residents are insured while on rotation at Emory University Hospital, Emory University Hospital Midtown, The Emory Clinic, Emory Clinics at Dunwoody, Emory Clinics at Executive Park, Wesley Woods Center, Piedmont Hospital, Georgia Regional, Georgia State University, The Shepherd Center, Talbot Recovery Campus, A.G. Rhodes Nursing Home, , Visiting Nurse Health System, Rollins School of Public Health, Fulton County Medical Examiner's Office, Atlanta Medical Center, DeKalb Community Service Board, CHRIS Kids Atlanta Allergy and Asthma Clinic, St. Joseph's Hospital, Emory Rehab Hospital, Emory Johns Creek, Laurel Heights Hospital, Ridgeview Institute, Emory Aesthetic Center, Georgia State Counseling and Testing Center, Dermatology Associates of Georgia, LLC., Emory University Orthopaedics & Spine Hospital, Georgia Department of Human Resources – Division of Public Health, Sandy Springs Fire Department, Metro Atlanta Ambulance Service, and Air Methods-Air Life, Georgia, Veritas Collaborative Georgia LLC, Marcus Autism Center, Atlanta Plastic Surgery, Budd Terrace Nursing Home, Harbor Grace Hospice

**Conditions:** Coverage applies only when residents are acting within the course and scope of their duties as outlined by the Emory University Residency Training Program.

**Exclusions:** Residents rotating through Grady Hospital, VA Hospital or Children's Healthcare of Atlanta (CHOA) are not covered by this policy. Residents should call these institutions directly for insurance information.

| | |
|---|---|
| **Grady** | (404) 616-7747 |
| **Veterans Administration** | (404) 321-6111 x 7409 |
| **CHOA** | (404) 785-7207 |

**Other Info:** Requests for individual claims history information should be sent to claims.history@emoryhealthcare.org. Appropriate authorization must accompany the request. Do not send requests to anyone directly via email as these will not be processed.

Contact the Office of Risk and Insurance Services at 404-778-7932 for questions or clarifications regarding insurance coverage.

## EXHIBIT H

HENRY W. GRADY MEMORIAL HOSPITAL

EIN: 26-2037695

80 JESSIE HILL JR DE 6E, ATLANTA, GA 30303-0000 | TAX-EXEMPT SINCE MAY 2008

Nonprofit Tax Code Designation: 501(c)(3)

Defined as: Organizations for any of the following purposes: religious, educational, charitable, scientific, literary, testing for public safety, fostering national or international amateur sports competition (as long as it doesn't provide athletic facilities or equipment), or the prevention of cruelty to children or animals.

**17**

**EXHIBIT I**

Fulton County Superior Court
***EFILED***OW
Date: 6/28/2017 2:44:24 PM
Catherine Robinson, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

Petitioner:                                    Civil Action No.: 2017CV289863
Salinas Acosta Weaver

## FINAL DECREE CHANGING THE NAME OF AN ADULT

The above and foregoing Petition to Change Name coming on to be heard pursuant to law, and it appears that notice has been published pursuant to law and that no objections have been timely filed. Further, it appears that sufficient grounds exist for the granting of the relief prayed for in said Petition and that no reason appears showing why said prayers should not be granted. IT IS HEREBY DECREED:

1) That the name of the Petitioner, ___Salinas Acosta Weaver___,
shall be changed to ___Salinas Falun Smith___, and

2) That such name change shall not operate to authorize petitioner to fraudulently deprive another of any legal rights under the law.

SO ORDERED, this the 28 day of June , 2017.

_____
JUDGE
Superior Court
Fulton County, Georgia



Fulton County Superior Court
**EFILED**OW
Date: 6/28/2017 2:44:24 PM
Catherine Robinson, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

Petitioner:                                          Civil Action No.: 2017CV289863
Salinas Acosta Weaver

### FINAL DECREE CHANGING THE NAME OF AN ADULT

The above and foregoing Petition to Change Name coming on to be heard pursuant to
law, and it appears that notice has been published pursuant to law and that no objections have
been timely filed. Further, it appears that sufficient grounds exist for the granting of the
relief prayed for in said Petition and that no reason appears showing why said prayers should
not be granted. IT IS HEREBY DECREED:

1) That the name of the Petitioner, __Salinas Acosta Weaver__ ,
   shall be changed to __Salinas Falun Smith__ , and
2) That such name change shall not operate to authorize petitioner to fraudulently
   deprive another of any legal rights under the law.

SO ORDERED, this the 2 8 day of June , 20 17 .

JUDGE
Superior Court
Fulton County, Georgia



IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

Fulton County Superior Court
***EFILED***OW
Date: 6/28/2017 2:44:24 PM
Cathelene Robinson, Clerk

Petitioner:
Salinas Acosta Weaver

Civil Action No.: 2017CV289863

### FINAL DECREE CHANGING THE NAME OF AN ADULT

The above and foregoing Petition to Change Name coming on to be heard pursuant to law, and it appears that notice has been published pursuant to law and that no objections have been timely filed. Further, it appears that sufficient grounds exist for the granting of the relief prayed for in said Petition and that no reason appears showing why said prayers should not be granted.  IT IS HEREBY DECREED:

1) That the name of the Petitioner, ___Salinas Acosta Weaver___,
shall be changed to ___Salinas Falun Smith___, and

2) That such name change shall not operate to authorize petitioner to fraudulently deprive another of any legal rights under the law.

SO ORDERED, this the _28_ day of ___June___, 20 _17_.

_____
JUDGE
Superior Court
Fulton County, Georgia



## EXHIBIT J

Place labels on card in numerical order. The labels should be placed sequentially each year as follows: 1) first semester 2) second semester 3) summer school, if applicable 4) end of year summary.

(If the student completed 8th grade in middle school, place the middle school label in space #1. High school labels will then follow sequentially.)

| | | |
|---|---|---|
| THIS STUDENT HAS SUCCESSFULLY COMPLETED THE 8TH GRADE AT *Liong* INCLUDING THE STATE REQUIREMENTS IN GEORGIA HISTORY AND GOVERNMENT, AND 8TH GRADE HEALTH. | WEAVER 003608281 GEORGE HIG    SM-1 93-08<br><br>SEMESTER 1    1992-93<br><br>721 ENG PREP  77 C  7.5<br>531 PLN GEOM  74 C  7.5<br>311 BIOLOGY   74 C  7.5<br>210 OCD HIST  71 B  7.5<br>216 IND SPRT  90 B  7.5<br><br>GPA 2.16  COND AVG C<br>ABS 08  TARDY 00 | WEAVER         SALINAS A<br>003608281       11-03<br>DOUGLASS H<br><br>SEMESTER 1    1993-94<br><br>080 CMPTR LA  70 D  7.5<br>823 AMER LIT  70 D  7.5<br>541 SPANISH   70 D  7.5<br>331 ALG 2     70 D  7.5<br>301 U-S-HIST  85 B  7.5<br>711 NAVY SCI  85 B  7.5<br><br>GPA 1.66  COND AVG B<br>ABS 10  TARDY 07 |
| WEAVER         SALINAS A<br>003608281       09-08<br>GEORGE HIG<br><br>SEMESTER 1    1991-92<br><br>632 LANG SKL  83 B  7.5<br>521 ALG 1     83 B  7.5<br>111 MAT/MEAS  70 D  7.5<br>203 POL BHAV  77 F  0.0<br>200 PHYS FIT  86 B  7.5<br>304 TRAN/PWR  83 B  7.5<br><br>GPA 2.16  COND AVG C<br>ABS 02  TARDY 00 | WEAVER         SALINAS A<br>003608281       10-06<br>GEORGE HIG<br><br>SEMESTER 2    1992-93<br><br>732 ENG PREP  70 D  7.5<br>322 PLN GEOM  72 C  7.5<br>312 BIOLOGY   70 D  7.5<br>219 WLD HIST  31 F  0.0<br>401 HEALTH    80 D  7.5<br>203 FD PREP   82 C  7.5<br><br>GPA 1.16  COND AVG C<br>ABS 29  TARDY 00 | WEAVER         SALINAS A<br>003608281       11-03<br>DOUGLASS H<br><br>SEMESTER 2    1993-94<br><br>833 AMER LIT  70 D  7.5<br>142 SPANISH   40 F  0.0<br>332 ALG II    74 C  7.5<br>304 U S HIST  38 F  0.0<br>203 CITIZENS  70 D  7.5<br>712 NAVY      90 B  7.5<br><br>GPA 1.16  COND AVG C<br>ABS 20  TARDY 12 |
| WEAVER         SALINAS A<br>003608281       09-08<br>GEORGE HIG<br><br>SEMESTER 2    1991-92<br><br>632 LANG SKL  78 C  7.5<br>222 ALG 1     85 B  7.5<br>111 MAT/MEAS  80 C  7.5<br>409 ECONMICS  48 F  0.0<br>107 INT TECH  88 B  7.5<br>903 PECE      80 B  7.5<br><br>GPA 2.16  COND AVG C<br>ABS 07  TARDY 00 | WEAVER         SALINAS A<br>003608281       10-10<br>WASHINGTON<br><br>SEMESTER 3    1992-93<br><br>219 WLD HIST  81 C  7.5<br><br>GPA 2.00  COND AVG D<br>ABS    TARDY | SUMMARY LABEL<br>WEAVER         SALINAS A<br>003608281      (21245)<br>GRADE 12 31   09/22/94<br><br>ENGL     45.0 SS-ECO  0.0<br>MATH     45.0 SS-CIT  0.0<br>SC-BIO 15.0 C/FAFA 15.0<br>SC-PHY 15.0 VOC-ED  0.0<br>HEALTH  7.5 PECE    7.5<br>PHY ED 15.0 OTHER   0.0<br>SS-AM   15.0 OTHER  22.5<br>SS-WLD 15.0<br><br>TOTAL-HRS    ***240.0<br>GPA 1.197 306 OF 379 |
| SUMMARY LABEL<br>WEAVER         SALINAS A<br>003608281      (22225)<br>GRADE 10-06   08/21/92<br><br>ENGL     15.0 SS-ECO  0.0<br>MATH     15.0 SS-CIT  0.0<br>SC-BIO 15.0 C/FAFA  0.0<br>HEALTH  0.0 VOC-ED  0.0<br>PHY ED  7.5 PECE    7.5<br>SS-AM   0.0 OTHER   0.0<br>SS-WLD 0.0<br><br>TOTAL-HRS    *** 75.0<br>GPA 2.167  91 OF 191 | SUMMARY LABEL<br>WEAVER         SALINAS A<br>003608281      (22202)<br>GRADE 11-03   08/20/93<br><br>ENGL     30.0 SS-ECO  0.0<br>MATH     30.0 SS-CIT  0.0<br>SC-PHY 15.0 C/FAFA  0.0<br>HEALTH  7.5 PECE    7.5<br>SS-AM   0.0 OTHER   0.0<br>SS-WLD 15.0<br><br>TOTAL-HRS    ***105.0 | WEAVER         SALINAS A<br>003608281       12-10<br>WASHINGTON<br><br>SEMESTER 1    1994-95<br><br>923 ENG LIT   28 F  0.0<br>443 ECOLOGY   F  0.0<br>400 ECONMICS  F  0.0<br>201 VA/COMPR  F  0.0<br>214 MATERIAL  F  0.0<br>210 ARMY      F  0.0<br>905 COMM SVC  S  7.5<br><br>GPA 0.00  COND AVG D<br>ABS 34  TARDY 17 |



*"The statement above is demanded to be Sworn in before*
*U.S. District Richard W. Story and U.S. Magistrate Janet King as True so to Help"*
*by Mr. Salinas F. Smith, Heart Failure*

*Signed this 22th Day of May, 2018.*

$M_1 . \leq \leq S_{mith}$

/s/ Mr. Salinas Falun Smith

**26**

Mr. Salinas Falun Smith
1328 Peachtree Street, NE
Harris County, GA 30309
salinas.smith0453@gmail.com
(770) 549-2556
Company Name: SALINAS ACOSTA WEAVER   EIN: 47-5306453

Additional Information:

Complaint against: M.D.s, cardiovascular surgeons, and employees of the hospital
Police reports: Atlanta Police Department reports, cardiac
Federal reports: Center of Medicare and Medicaid Services
U.S. Code: 42 U.S.C. 192 - Chief of Bureau; Investigation and report child abuse
State law O.C.G.A.: defendants committed physical-child abuse and wrongfully
destroyed a child heart functioning, heart's muscle, and nerve functioning
Punitive damage: Defendant conceals him/herself or invading law enforcement officers
Civil award: Default Judgement, Fully Favorable
**Monetary damage**: Loss of Employment, Family, Loss of *Unborn* Children Vasectomy
by defendants, and Loss of Military Duties in U.S. Air Force and U.S. Navy.

**27**

0000







*Georgia*
**DOL**
DEPARTMENT OF LABOR
**148 Andrew Young International Blvd., NE Atlanta, Georgia 30303-1751**

**MARK BUTLER**
Commissioner

## NON-CLAIMANT IN PERSON REQUEST FOR UI INFORMATION

**Print Name:** Zalinas Acosta Weaver          SSN: 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

Government –Issued Picture Identification must be presented: # __052372960__

(Attach enlarged legible copy)

**I am requesting: (check one or both)**

✓ 1. Printout of wage information

✓ 2. Printout of unemployment benefit information

If currently available in this office, for the following reason (circle the reason):

✓ 1.   Medical/dental/pharmacy/hospital/mental health & substance abuse services
  2.   Housing: Mortgage Assistance or Rent Adjustment
  3.   D F C S/ Child Support/ Probation Officer
  4.   Food assistance / Utility assistance
  5.   School enrollment
  6.   Internal Revenue Service (1099-G Information)/ Social Security
  7.   Credit (Protection) Insurance: attach insurance carrier letter/form _____
 ✓8.   Other: __Atlanta Legal Aid__ **(Call UI Legal Section for approval on Other)**

In making the above request, I certify that the above information is correct and that I have not willfully misrepresented my identity or the reason for my request, under penalty of civil and/or criminal prosecution and fines of up to $500.00 for violation of the provisions of Georgia Law, O.C.G.A. Code Sections 34-8-120 through 129. I understand that this information cannot be used for eligibility purposes.

**Signature:** Mn. Salinas Weaver          **Date:** 5/22/18

**Address:** 1328 Peachtree Street Atlanta, GA 30309

Career Center Staff:
I certify that I have receive the above request in person with and from the above-named individual, that I have verified the identification provided and confirmed the reason given for making the request.

_____

**Authorized GDOL Representative  (Please Print)**

_____          _____

**Authorized GDOL Representative Signature**          **Date**

This request form should be retained in the Career Center for 1 year from the date issued.