UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SALINAS ACOSTA WEAVER,<br><br>    Plaintiff,<br><br>vs.<br><br>HENRY W. GRADY MEMORIAL HOSPITAL, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:18-cv-3031-RWS |

## J U D G M E N T

  This action having come before the court, Honorable Richard W. Story, United States District Judge, for frivolity determination, it is

  **Ordered and adjudged** that the action be **DISMISSED** as frivolous.

Dated at Atlanta, Georgia this 26th day of July, 2018.

                JAMES N. HATTEN
                CLERK OF COURT

            By: s/Jill Ayers
               Deputy Clerk

Prepared and entered
in the Clerk's Office
July 26, 2018
James N. Hatten
Clerk of Court

By: s/Jill Ayers
   Deputy Clerk